IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Yvette Barbara Baldwin, :
 :
       Plaintiff(s), :
 : Case Number: 1:14cv466
   vs. :
 : Chief Judge Susan J. Dlott
Fifth Third Bank Board of Directors, et al., :
 :
       Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 13, 2014 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 30, 2014, hereby ADOPTS said Report and Recommendation.

The Report and Recommendation was mailed by certified mail and regular mail all which were returned undeliverable. Upon review of plaintiff's address, the Report and Recommendation was mailed again and returned as undeliverable.

Accordingly, plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B).

An informational copy of this Order will be filed in this case number and will also be filed in 1:14cv467.

Plaintiff is declared a harassing and vexatious litigator and is **ENJOINED AND PROHIBITED** from filing any additional complaints in the Southern District of Ohio which have not first been certified as non-frivolous by an attorney in good standing in this Court or the jurisdiction in which he or she is admitted or in the alternative if payment if in full is made.

The Clerk of Court is **DIRECTED** not to accept any pleadings from plaintiff absent compliance with the above restrictions.  The Clerk is also **DIRECTED** to dispose of such documents accordingly.

Pursuant to 28 U.S.C. § 1915)a)(3), the Court certifies that an appeal of any order adopting the Report and Recommendation will not be taken in good faith, therefore, denying plaintiff leave to appeal *in forma pauperis.  See McGore v Wrigglesworth,* 114F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.


                                                                                              s/Susan J. Dlott  
                                                                                              Chief Judge Susan J. Dlott  
                                                                                              United States District Court